# Court of Appeals
## Tenth Appellate District of Texas

10-26-00129-CV

In re Shawn Eric McGee

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for a writ of mandamus filed on April 10, 2026, is denied.

*See* TEX. R. APP. P. 52.8(d).  Relator's motions included within the petition are

dismissed as moot.[1]

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  April 16, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied;
Motions dismissed as moot
OT06



---

[1] Relator also appears to be attempting to file a notice of appeal in the same document as the petition. A separate notice of appeal must be filed when a proceeding becomes final in the trial court.